DOROTHY COHEN v. STUDENTS TRAVEL CLUB, INC., and Others, Impleaded with CARLOS B. STONE.— Motion for leave to appeal to the Court of Appeals or for a reargument, or for leave to have questions of law certified to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

FRANK P. JONES v. BALTIMORE INSULAR LINE, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, and Others v. 333 WEST EIGHTY-SIXTH STREET CORPORATION and Others, Impleaded with ABRAHAM MIDONICK and Others.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

RUTH C. HINCK v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LONDON PROVINCIAL MARINE AND GENERAL INSURANCE COMPANY, LTD., v. SEABOARD GREAT LAKES CORPORATION and LAKE TRANSFER CORPORATION, Impleaded with THE HANNA FURNACE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

RUTH SCHOTTLAND v. HARRY A. GORDON.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a resettlement denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DOROTHY M. WRIGHT v. WILLIAM A. PRIME, Impleaded with HANLEY RIED & Co.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

CHEMICAL BANK AND TRUST COMPANY, as Trustee, etc., v. VICTORIA FORREST REYNAUD and Others, Impleaded, etc.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

755 SEVENTH AVENUE CORPORATION v. WILLIAM R. EDRINGTON, Impleaded with EARL CARROLL.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of AGNES G. ROWLANDS against THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK and the BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument of the appeal herein, or for a reargument or leave to appeal from any resettled order to be entered, denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.